OSCN Found Document:OKLAHOMA COALITION FOR REPRODUCTIVE JUSTICE v. CLINE

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 OKLAHOMA COALITION FOR REPRODUCTIVE JUSTICE v. CLINE
2014 OK 91
Case Number: 113355
Decided: 11/04/2014
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2014 OK 91, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

Oklahoma Coalition for Reproductive Justice, on behalf of itself and its members, and Nova Health Systems, on behalf of itself, its staff, and its members, Appellants,
v.
Terry L. Cline, in his official capacity as Oklahoma Commissioner of Health, and Lyle Kelsey, in his official capacity as Executive Director of the Oklahoma State Board of Medical Licensure and Supervision, Appellees.

MEMORANDUM OPINION

PER CURIAM

¶1 This opinion addresses only the trial court's denial of a temporary injunction to enjoin the enforcement of House Bill 2684, 2014 Okla. Sess. Laws ch. 121 (effective November 1, 2014) (Act). Appellant's constitutional challenge to the enactment remains pending in the trial court. Upon consideration of "Appellant's Emergency Motion for a Temporary Injunction or, in the Alternative, an Emergency Stay of the District Court's Order to Preserve the Status Quo", and pursuant to the authority provided by Article 7, section 4, of the Oklahoma Constitution, this Court temporarily enjoins enforcement of the Act until the constitutionality of the Act is fully and finally litigated.

¶2 This matter is remanded to the trial court for determination of the constitutional challenge to the Act to be memorialized by findings of fact and conclusions of law. This Court expresses no opinion concerning the validity of the Act.

ALL JUSTICES CONCUR






 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.